199 So.2d 182

**COLLECTOR OF REVENUE, State of Louisiana,**

v.

**LOUISIANA READY MIX COMPANY, Inc.**

No. 487'1.

May 19, 1967.

In re: Collector of Revenue, State of Louisiana, applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 197 So.2d 141.

Writ refused. On the facts found by the Court of Appeal, the result is correct.